David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Calvin W. Davis (SBN 306264)
davisc@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

Attorneys for Defendant,
RFR CAPITAL LLC,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT; ABANTE ROOTER AND PLUMBING INC.; KEITH HOBBS, individually and on behalf of all others similarly situated, | ) Case No.: 2:20-cv-00484-CJC-MRW ) ) **NOTICE OF SETTLEMENT** |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| RFR CAPITAL LLC: and DOES 1 through 10, inclusive, and each of them, | ) ) ) ) |
| Defendant. | ) ) |

PLEASE TAKE NOTICE that a settlement in this matter has been reached between all parties.  The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 45 days from the date of this notice.  In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

///

///

{00142579;1}

Respectfully submitted,

Dated: November 23, 2020                    CARLSON & MESSER LLP

By:   s/ David J. Kaminski
      David J. Kaminski
      Calvin W. Davis
      Attorneys for Defendant,
      RFR CAPITAL LLC

{00142579;1}

## <u>CERTIFICATE OF'SERVICE</u>

I, David J. Kaminski, hereby certify that on this 23rd day of November, 2020, a true and accurate copy of the foregoing Notice of Settlement was filed through the ECF system, which will send notification of such filing to the e-mail addresses Associated with this case.

<u>/s/ David J. Kaminski</u>
David J. Kaminski
CARLSON & MESSER LLP

{00142579;1}